## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R.H. DONNELLEY INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV417 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| F.D.C. PUBLISHING OF THE MIDWEST, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Notice of Settlement and Stipulated Motion to Table All Deadlines (Filing No. 13). The parties seek a stay of all deadlines including the deadline for initial disclosures pursuant to Federal Rule of Civil Procedure 26(a). The parties state they have reached a settlement and need an additional three weeks to finalize the documents and dismiss the case. Upon consideration,

**IT IS ORDERED:**

1. The parties' Notice of Settlement and Stipulated Motion to Table All Deadlines (Filing No. 13) is granted.

2. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before January 20, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

4. All case deadlines are stayed and the telephone planning conference scheduled for March 10, 2006, is cancelled upon the representation that this case is settled.

DATED this 28th day of December, 2005.

BY THE COURT:
/s Thomas D. Thalken
United States Magistrate Judge