## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| R.H. DONNELLEY INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 8:05cv417 |
| ) | |
| F.D.C. PUBLISHING OF THE ) | **ORDER** |
| MIDWEST, INC. ) | |
| ) | |
| *Defendant.* ) | |

Upon consideration of the Stipulated Notice of Dismissal with Prejudice filed by the Parties to the above-captioned action, pursuant to Federal Rule of Civil Procedure 41 the Court hereby dismisses all of Plaintiff's above-captioned causes of action against Defendant with prejudice, each party to pay its own costs and attorney's fees.

DATED this 29th day of March, 2006 .

                                                s/Joseph F. Bataillon
                                                UNITED STATES DISTRICT JUDGE